THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* THE METROPOLITAN SURETY COMPANY, Defendant.

In the Matter of ALBERT FUCHS, Appellant, *v.* JOHN F. YAWGER, as Receiver of THE METROPOLITAN SURETY COMPANY, Respondent.

*People* v. *Met. Surety Co.,* 168 App. Div. 615, appeal dismissed.
(Argued January 4, 1916; decided January 18, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

July 22, 1915, which affirmed an order of Special Term confirming the report of a referee appointed to hear and determine a claim upon a surety bond executed by a surety company now in liquidation.

*Benjamin Reass* and *Max Leff* for appellant.

*John B. Coleman* and *Francis X. Brosnan* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.